**Order entered April 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01338-CV

**COPELAND CONCRETE CONTRACTORS, INC., Appellant**

**V.**

**SPECIALTY SOLUTIONS CONSTRUCTION, LLC, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-06619**

## ORDER

We **GRANT** appellee's unopposed second motion for an extension of time to file a brief.

Appellee shall file its brief on or before May 28, 2013.

/s/      DAVID LEWIS
JUSTICE